UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT LOUIS DUVALL, Individually and on behalf of PATSY DUVALL, Deceased,<br><br>    *Plaintiff,*<br>   v.<br><br>CARY HANNI, M.D.,<br>EVANSVILLE SURGICAL ASSOCIATES, INC.,<br>and DEACONESS HOSPITAL, INC.,<br>    *Defendants.* | CASE NO. 3:12-cv-0143-RLY-WGH |

## **STIPULATION OF DISMISSAL**

Plaintiff Robert Louis Duvall, Individually and on behalf of Patsy Duvall, Deceased, by counsel, and Defendants Cary Hanni, M.D., Evansville Surgical Associates, Inc., and Deaconess Hospital, Inc., hereby stipulate that Cary Hanni, M.D., Evansville Surgical Associates, Inc., and Deaconess Hospital, Inc., can be dismissed with prejudice from the above cause and this matter can now be removed from the Court's docket.

    Respectfully submitted,

    GARAU GERMANO HANLEY & PENNINGTON, P.C.

    s/Deborah K. Pennington
    Deborah K. Pennington, Attorney No. 06559-36
    151 N Delaware St, Suite 1515
    Indianapolis, IN  46204
    dpenning@gghplaw.com

    s/Jerry A. Garau
    Jerry A. Garau, Attorney No.  10822-49
    151 N Delaware St, Suite 1515
    Indianapolis, IN  46204
    jgarau@gghplaw.com

    Counsel for Plaintiff

BAMBERGER FOREMAN OSWALD & HAHN, LLP


s/R. Thomas Bodkin
R. Thomas Bodkin, IN#2804-87
20 N.W. Fourth Street, 7th Floor
P.O. Box 657
Evansville, IN 47704-0657
tbodkin@bamberger.com
Counsel for Defendant Deaconess Hospital, Inc.


KATZ & KORIN


s/James W. Brauer
James W. Brauer, #3649-49
The Emelie Building
334 N. Senate Ave.
Indianapolis, IN  46204
jbrauer@katzkorin.com
Counsel for Defendants Cary Hanni, M.D., and
Evansville Surgical Associates, Inc.