UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT LOUIS DUVALL, Individually and on behalf of PATSY DUVALL, Deceased,<br><br>       *Plaintiff,*<br>    v.<br><br>CARY HANNI, M.D.,<br>EVANSVILLE SURGICAL ASSOCIATES, INC., and DEACONESS HOSPITAL, INC.,<br>       *Defendants.* | )<br>)<br>)<br>)<br>)<br>) CASE NO. 3:12-cv-0143-RLY-WGH<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

This matter is before the court on the Parties' Stipulation of Dismissal.

And the Court, having reviewed said Stipulation and being duly advised in the premises, now grants the relief requested.

IT IS THEREFORE ORDERED that Defendants Cary Hanni, M.D., Evansville Surgical Associates, Inc., and Deaconess Hospital, Inc., can be dismissed with prejudice from the above cause and this matter can now be removed from the Court's Docket.

Date: 07/16/2013

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Deborah K. Pennington
GARAU GERMANO
   HANLEY & PENNINGTON, P.C.
dpenning@gghplaw.com

Jerry A. Garau
GARAU GERMANO
   HANLEY & PENNINGTON, P.C.
jgarau@gghplaw.com

R. Thomas Bodkin
Bamberger Foreman Oswald
 & Hahn, LLP
tbodkin@bamberger.com

James W. Brauer
KATZ & KORIN
jbrauer@katzkorin.com